

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

JOHN NEVULIS
    Plaintiff,

v.

CITY OF BOSTON
    Defendant.

### NOTICE OF REMOVAL
(Pursuant to 28 U.S.C. §1441)

    The Defendant, City of Boston, petitions, pursuant to 28 U.S.C. §1441, for removal from the Boston Municipal Court Department of the Trial Court for Civil Business Central Division of the Commonwealth of Massachusetts the action entitled <u>John Nevulis v. City of Boston</u>, currently pending in Boston Municipal Court Civil Action No. 004348.

1. This action alleges that Defendant City of Boston violated Title II of the Americans with Disabilities Act, 42 U.S.C., § 12101, et. seq. This action clearly "arises under the Constitution treaties or laws of the United States" and is therefore removable under 28 U.S.C. §1441;

2. A fair reading of the facts and theories as a whole make it apparent that federal law and issues are an essential part of the case and therefore, Defendant has the statutory right to remove this action;

3. This Notice of Removal is being filed within thirty (30) days of service upon Defendant, City of Boston.

WHEREFORE, Defendant petitions that this action be removed.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON,
By its attorney,

_____
Kate Cook-BBO#650698
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, MA 02201
(617) 635-4099

**CERTIFICATE OF SERVICE**

I, Kate Cook, hereby certify that on this date I served a copy of the foregoing documents upon:

Francis J. Harney, 6 Beacon Street, Suite 205, Boston, MA 02108.

_____   _____
Date                              Kate Cook