UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12361-NMG

JOHN NEVULIS
    Plaintiff,

v.

CITY OF BOSTON,
    Defendant.

**DEFENDANT'S ASSENTED-TO MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B).**

NOW COMES the Defendant, who respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file a responsive pleading. As grounds for its motion, Defendant states that:

1. Plaintiff has assented to the Defendant's request for more time to file responsive pleadings (Rule 7.1 certification included below);

2. Undersigned counsel requires additional time to investigate the Complaint and draft responsive pleadings;

3. The Defendant requests an extension until December 7, 2004, to file a response to Plaintiff's Complaint; and,

4. Allowing this motion will not prejudice any party to the action and permitting the Defendant an extension to file responsive pleadings to Plaintiff's Complaint will further the interests of justice.

WHEREFORE, the Defendant respectfully requests that this Honorable Court allow its motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before December 7, 2004.

                                      Respectfully submitted,

                                      DEFENDANT, CITY OF BOSTON

                                      Merita A. Hopkins
                                      Corporation Counsel

                                      By its attorney:

                                      /s/ Kate Cook
                                      Kate Cook    BBO# 650698
                                      Assistant Corporation Counsel
                                      City of Boston Law Department
                                      Room 615, City Hall
                                      Boston, MA 02201
                                      (617) 635-4022

### 7.1 Certification

Undersigned counsel certifies that on November 9, 2004, pursuant to LR, D. Mass. 7.1(a)(2), she spoke with Plaintiffs' counsel, Francis Harney, Esq., who assented to the Defendant's request for more time to file responsive pleadings.

Date: 11/9/04                              /s/ Kate Cook
                                            Kate Cook