UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12361-NMG

JOHN NEVULIS
    Plaintiff,

v.

CITY OF BOSTON,
    Defendant.

**CERTIFICATE OF SERVICE**

    I, Kate Cook, hereby certify that on this date I served a copy of the Defendant City of Boston's Motion to Dismiss Plaintiff's Complaint and accompanying Memorandum of Law upon Plaintiff's Counsel, Francis Harney at 6 Beacon Street, Suite 205, Boston, MA 02108, via postage prepaid, first class, U.S. Mail on December 14, 2004.