UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-CV-12361NMG

| | |
|---|---|
| JOHN NEVULIS,<br>    Plaintiff | )<br>)<br>) |
| v. | )    **SUGGESTION OF DEATH OF PLAINTIFF** |
| CITY OF BOSTON,<br>    Defendant | )<br>)<br>) |

NOW COMES Francis J. Harney, attorney of record for the Plaintiff in the above entitled action, and suggest to the Honorable Court that the Plaintiff died in January, 2005 while living in Suffolk County, Massachusetts.

Respectfully submitted,

*(signature)*
Francis J. Harney, Esq.
6 Beacon Street, Suite 205
Boston, Massachusetts 02108
617-227-2863
617-227-2861 (fax)
BBO # 221920